# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SHARON HARDMAN,

        Plaintiff,

vs.

ST. JUDE MEDICAL, S.C., INC., *et al.*,

        Defendants.

2:14-cv-02131-RFB-VCF

**ORDER**

    Before the court is the parties' proposed discovery plan and scheduling order. (#13).

    Accordingly,

    IT IS HEREBY ORDERED that discovery is stayed until November 30, 2015 to permit JAMS mediation.

    IT IS FURTHER ORDERED that a status conference is scheduled for 10:00 a.m., December 2, 2015, in courtroom TBA.

    DATED this 25th day of September, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE