MORRIS LAW GROUP
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Joni A. Jamison, No. 11614
Email: jaj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendants St. Jude
Medical, S.C., Inc. and Advanced
Neuromodulation Systems, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHARON HARDMAN, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ST. JUDE MEDICAL, S.C., INC., a foreign corporation; ADVANCED NEUROMODULATION SYSTEMS, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>　　　　　Defendants. | Case No. 2:14-cv-02131-RFB-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(FIRST REQUEST)** |

　　　　The parties stipulate that defendants St. Jude Medical, S.C., Inc. and Advanced Neuromodulation Systems, Inc. will have an extension until November 17, 2015 to file their reply in support of their Motion for Judgment on the Pleadings (#11), filed on September 18, 2015. Plaintiff filed her response to the motion (#17) on October 29, 2015.

　　　　This request will not prejudice any party and is made without the purpose of delay, but to accommodate the schedule of counsel and to allow sufficient time to prepare the reply brief. Furthermore, the parties

make this stipulation in good faith, and there is good cause for the Court to approve this stipulation in order to accommodate the schedule of counsel.

| BOWEN LAW OFFICES | MORRIS LAW GROUP |
|---|---|
| By: /s/ Sarah M. Banda<br>Jerome R. Bowen, No. 4540<br>Sarah M. Banda, No. 11909<br>9960 West Cheyenne Avenue<br>Suite 250<br>Las Vegas, Nevada 89129 | By: /s/ Joni A. Jamison<br>Robert McCoy, No. 9121<br>Joni A. Jamison, No. 11614<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff Sharon Hardman | Attorneys for Defendants St. Jude Medical, S.C., Inc. and Advanced Neuromodulation Systems, Inc. |

## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 9th day of November, 2015.

2