KAEMPFER CROWELL
Robert McCoy, No. 9121
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com

Attorneys for Defendants St. Jude Medical, S.C
And Neuromodulation Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHARON HARDMAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ST. JUDE MEDICAL, S.C., INC., a foreign corporation; ADVANCED NEUROMODULATION SYSTEMS, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.   2:14-cv-02131-RFB-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

Pursuant to Local Rule IA 10-6, defendants St. Jude Medical, S.C. and Neuromodulation Systems, Inc. substitutes Kaempfer Crowell, 1980 Festival Plaza Drive, Suite 650, Las Vegas, Nevada 89135, (702) 792-7000, as attorney of record in the place of Morris Law Group.

DATED: November 17, 2015

ST. JUDE MEDICAL, S.C AND
NEUROMODULATION SYSTEMS, INC.

By: _____

Name: _____

Its: _____

## CONSENT

I consent to this substitution

DATED: 11-17-15

MORRIS LAW GROUP

By: _____
Jon A. Jamison, Bar No. 11614
900 Bank of America Plaza
300 S. Fourth Street
Las Vegas, Nevada 89101

## ACCEPTANCE

I accept this substitution.

DATED: 11/17/15

KAEMPFER CROWELL

By: _____
Robert McCoy, Bar No. 9121
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

## ORDER

APPROVED.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

DATED: _____
November 17, 2015

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of KAEMPFER CROWELL, and that the following document was served via electronic service: **SUBSTITUTION OF ATTORNEY** To:

Jerome R. Bowen, No. 4540
Sarah M. Banda, No. 11909
BOWEN LAW OFFICES
9960 W. Cheyenne Ave.
Suite 250
Las Vegas, NV 89129
(702) 240-5191
(702) 240-5797 Facsimile
Email: twilcox@lvlawfirm.com

Attorneys for Plaintiff

Dated this 17th day of November, 2015

By /s/ Heather Suter