**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SHARON HARDMAN,

        Plaintiff,

vs.

ST. JUDE MEDICAL, S.C., INC., *et al.*,

        Defendants.

2:14-cv-02131-RFB-VCF

**ORDER**

    Before the court is Defendants' Proposed First Amended Discovery Plan and Scheduling Order (#28).

    IT IS HEREBY ORDERED that a discovery hearing on Defendants' Proposed First Amended Discovery Plan and Scheduling Order (#28) is scheduled for 10:00 a.m., December 31, 2015, in courtroom 3D.

    DATED this 18th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE