# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SHARON HARDMAN,

        Plaintiff,

vs.

ST. JUDE MEDICAL, S.C., *et al.*,

        Defendants.

2:14-cv-02131-RFB-VCF

**ORDER**

     The Court has reviewed Plaintiff's Motion to Extend Discovery Deadlines (#39) and Defendants' Response to Plaintiff's Motion to Extend Discovery Deadlines (#40). Plaintiff seeks an additional six weeks to extend discovery deadlines on the issue of parallel claim. Defendants oppose and ask the Court to limit the extension to two weeks.

     Accordingly,

     IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Discovery Deadlines (#39) is GRANTED in part and DENIED in part. The following discovery deadlines apply on the issue of parallel claim:

     1. Plaintiff has up to and including April 22, 2016 to analyze and respond to the parallel claim documentation.

     2. Plaintiff must complete all depositions related to the parallel claim by May 23, 2016.

     3. June 6, 2016 is the last day for Defendants to renew their Motion for Judgment on the Pleadings.

     IT IS SO ORDERED.

     DATED this 12th day of April, 2016.

_____

CAM FERENBACH

UNITED STATES MAGISTRATE JUDGE