KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com

Attorneys for Defendants St. Jude Medical, S.C
And Advanced Neuromodulation Systems, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHARON HARDMAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ST. JUDE MEDICAL, S.C., INC., a foreign corporation; ADVANCED NEUROMODULATION SYSTEMS, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No.  2:14-cv-02131-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

SAO - Dismiss w_ Prejudice   17656.1

Page 1 of 2

1   The parties stipulate to dismiss all claims with prejudice, each party to bear its
2   own fees and costs.

3   BOWEN LAW OFFICES

BKAEMPFER CROWELL

By /s/ Jerome R. Bowen
    Jerome R. Bowen, No. 4540
    Sarah M. Banda, No. 11909
    9960 W. Cheyenne Ave.
    Suite 250
    Las Vegas, NV 89129

Attorneys for Plaintiff

By /s/ Robert McCoy
    Robert McCoy, No. 9121
    Joni A. Jamison, No. 11614
    1980 Festival Plaza Drive
    Suite 650
    Las Vegas, Nevada 89135

Attorneys for Defendants St. Jude Medical, S.C and Neuromodulation Systems, Inc.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   August 8, 2016

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

SAO - Dismiss w_ Prejudice   17656.1

Page 2 of 2